**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Gloria Dale WILKERSON, Defendant—Appellant.**

No. 08–8612.

United States Court of Appeals, Fourth Circuit.

Submitted: March 12, 2009.

Decided: March 18, 2009.

Thomas Norman Cochran, Eric David Placke, Assistant Federal Public Defenders, Greensboro, North Carolina, for Appellant. Patrick Auld, David Paul Folmar, Jr., Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gloria Dale Wilkerson appeals the district court's order denying her motion to modify her sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Wilkerson's motion for appointment of counsel and affirm for the reasons stated by the district court. *See United States v. Wilkerson,* No. 1:06–cr–00058–WLO–2 (M.D.N.C. Dec. 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*